1
2
3
4
5
6
7
8
9
10

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

11
12
13
14
15
16

JOSE CONTRERAS,

               Petitioner

      v.

PEOPLE OF THE STATE OF CALIFORNIA,

             Respondent.

Case No. CV 16-5046-SVW (GJS)

JUDGMENT

17
18
19

     Pursuant to the Court's Order Dismissing Action And Denying Certificate Of Appealability,

20
21
22

     IT IS ADJUDGED that the above-captioned case is dismissed without prejudice.

23
24
25
26
27
28

DATED:  September 28, 2016.

STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE